UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

LAWRENCE J. TRAMAGLINI   :
             :
    Plaintiff,     :
             :
   V.         :  CIVIL ACTION NO. 3:02 CV 2040 (SRU)
             :
METRO-NORTH RAILROAD COMPANY, :
CONSOLIDATED RAIL CORPORATION : FELA HEARING LOSS CASE - MAY BE
and AMERICAN FINANCIAL GROUP, : FILED IN NEW HAVEN AS ORDERED BY
INC., f/k/a AMERICAN PREMIER  : MAGISTRATE JUDGE MARGOLIS
UNDERWRITERS, INC., f/k/a PENN  :
CENTRAL CORPORATION    :
             :  JANUARY 19, 2005
    Defendants.    :

To the Clerk of this court and all parties of record:

   Enter my appearance as counsel in this case for Defendant, Metro-North Railroad Company.

Dated:  January 19, 2005     _____
                 Susan B. Parzymieso, Esq.  (CT 25301)
                 Ryan, Ryan, Johnson & Deluca, LLP
                 80 Fourth Street, P.O. Box 3057
                 Stamford, CT   06905
                 Phone No. 203-357-9200

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2005, a copy of the above was mailed to the following

counsel and pro se parties of record:

Scott Perry, Esq.
Cahill, Goetsch & Maurer, PC
43 Trumbull Street
New Haven, CT 06511-1059
Attorney for Plaintiff, Lawrence J. Tramaglini


_____
Susan B. Parzymieso, Esq.

I:\Procases\205.164\appearsbp.wpd
205.164

- 2 -