UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

LAWRENCE TRAMAGLINI           :

    v                             :           3:02cv2040 (SRU)

METRO-NORTH RR CO.            :

## J U D G M E N T

    Notice having been sent to counsel of record on November 22, 2005, by order of the Court indicating that the above-entitled case would be dismissed unless counsel of record filed closing papers on or before January 20, 2006 and

    No closing papers or further requests for action having been received within the time specified, therefore,

    It is ORDERED that this action is dismissed, pursuant to Local Rule 41(b), formerly Local Rule 16(b), without costs to any party and without prejudice to the right of any party thereto to move within 30 days hereof, upon good cause shown, to re-open the case if the settlement has not been consummated.

    Dated at Bridgeport, Connecticut this 17th day of February 2006.

                                     KEVIN F. ROWE, CLERK

                                     By /s/_____
                                          Alice Montz
                                          Deputy Clerk

Entered on Docket_____